UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:16-CR-61 |
| PHILLIP MICHAEL HUDDLESTON and JOHN THOMAS HATFIELD, | ) ) ) ) |
| Defendants. | ) |

**O R D E R**

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, Defendants' Joint Objections to the Report and Recommendation [doc. 61] are **OVERRULED**, and the Report and Recommendation [doc. 58] is **ACCEPTED IN WHOLE**. Defendants' Motion to Strike Surplusage in the Indictment [doc. 17], Motion to Dismiss Count One of the Indictment as Duplicitous [doc. 21], and Motion to Dismiss Count I of the Indictment for Failure to Charge an Offense [doc. 23] are **DENIED**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge